ACCEPTED
03-13-00763-CR
7937979
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

## 03-13-00763-CR

TERRANCE MAURICE YARBROUGH

VS.

STATE OF TEXAS

IN THE COURT OF APPEALS

THIRD DISTRICT

SITTING IN AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/21/2015 9:26:50 AM
JEFFREY D. KYLE
Clerk

## CERTIFICATE OF DELIVERY OF CLIENT MATERIALS

TO THE HONORABLE COURT OF APPEALS:

Comes Now Don Morehart, court appointed attorney for Appellant in this cause, and files this certificate of delivery of client materials, and in support would show the court the following.

On November 13, 2015, this Court issued its opinion denying relief in this cause.

On November 16, 2015, the undersigned attorney forwarded a copy of this Court's Opinion, in accordance with TRAP 48.4, along with a detailed explanation of Appellant's avenues to further attack the trial court's judgment.

Attached is a copy of the proof of delivery of these materials to Appellant on November 18, 2015.

Respectfully Submitted,

LAW OFFICES OF DON MOREHART,
Attorney and Counselor at Law
316 West 12th Street, Suite 313
Austin, Texas 78701
TEL: 512.551.0404
FAX: 512.551.0405
Don@MorehartLaw.com

___ /s/ Don Morehart _____
Don Morehart     SBN 14423700
Attorney for Appellant

*USPS.COM®*

# USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.

---

Tracking Number: **9405510200883835994081**

On Time
**Expected Delivery Day: Wednesday, November 18, 2015**

## Product & Tracking Information

### Available Actions

**Postal Product:**
Priority Mail 2-Day™

**Features:**
USPS Tracking™    Up to $50 insurance included
Restrictions Apply

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **November 18, 2015 , 9:43 am** | **Delivered, In/At Mailbox** | **MIDWAY, TX 75852** |

Your item was delivered in or at the mailbox at 9:43 am on November 18, 2015 in MIDWAY, TX 75852.

| | | |
|---|---|---|
| November 18, 2015 , 8:10 am | Arrived at Post Office | MIDWAY, TX 75852 |
| November 17, 2015 , 7:48 pm | Arrived at USPS Facility | DALLAS, TX 75398 |
| November 16, 2015 , 10:27 pm | Arrived at USPS Origin Facility | AUSTIN, TX 78710 |
| November 16, 2015 , 9:12 pm | Accepted at USPS Origin Sort Facility | AUSTIN, TX 78701 |
| November 14, 2015 , 10:30 am | Shipping Label Created | AUSTIN, TX 78701 |

## Track Another Package

**Tracking (or receipt) number**

[                           ]    Track It

## Manage Incoming Packages

Track all your packages from a dashboard. No tracking numbers necessary.



**Sign up for My USPS ›**

---